

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:                01-16-00093-CV

Trial Court Cause
Number:                          2012-53837

Style:                              Marcelle  Guimaraes

                                      **v**  Christopher  Scott  Brann

Date motion filed*:          8/30/2018

Type of motion:              Second Motion for Extension of Time to File a Motion for Rehearing

Party filing motion:         Appellant

Document to be filed:      Motion for Rehearing

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

      Original due date:                          August 8, 2018

      Number of previous extensions granted:    1

      Date Requested:                            October 8, 2018

Ordered that motion is:

    ☒    Granted in part

        If document is to be filed, document due: **September 14, 2018**

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature: /s/ Sherry Radack
        ☒ Acting individually      ☐ Acting for the Court

Date: September 6, 2018